10,978-36

Lexter Kennon Kossie#700661
William McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

February 27, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk

Texas Court of Criminal Appeals
P.O. BOX 12308, Capital Station
Austin, Texas 78711

RE: FILING MOTION FOR LEAVE TO FILE ACCOMPANYING WRIT
OF MANDAMUS

Dear Clerk:

Please find enclosed for filing and bringing to
the Court's attention the original Motion For Leave To
File Accompanying Original Petition For Writ of Mandamus
as soon as your time will permit.
Thank you.

Sincerely,

Lexter Kennon Kossie
**Pro se Movant/Relator**

cc: **File**

cc: **14th Court of Appeals,Respondent**

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

LEXTER KENNON KOSSIE,                    Relator,


v.                                        CASE NO.14-94-01171-CR


THE FOURTEENTH COURT OF APPEALS,

                                          Respondent.

## MOTION FOR LEAVE TO FILE ACCOMPANYING ORIGINAL
## PETITION FOR WRIT OF MANDAMUS WITH THIS COURT

TO THE HONORABLE JUDGES OF SAID COURT:

Comes now, LEXTER KENNON KOSSIE, relator, pro se, herein, and files this petition under the authority of Tex. Const. art. I, §§ 13 and 27 requesting this Court to issue a writ of mandamus against respondent compelling respondent to rule on relator's Motion To Recall Mandate and will show unto the Court the following:

### I.

This Court have authority to issue writs of mandamus in criminal law matters pursuant to Tex. Const. art. V, § 5 and Tex. Code Crim. Proc.art. 4.04, § 1.

### II.

Relator, LEXTER KENNON KOSSIE, is a prisoner of the State of Texas in the custody of the Texas Department of Criminal Justice Correctional Institutions Division. Relator is currently confined at the William McConnell Unit addressed: 3001 South Emily Drive; Beeville, Texas 78102.

Respondent, THE FOURTEENTH COURT OF APPEALS, is the court of appeals whereas relator's direct appeal was filed. The address of the principal office of respondent is : 301 Fannin, Suite; Houston, Texas 77002.

## III.

### STANDARD OF REVIEW

The standard of this Court is to review whether relator has demonstrated that the act sought to be compelled is ministerial. See State ex rel. Healey v. McMeans, 884 S.W. 2d 772 (Tex.Crim.App. 1994), citing Braxton v. Dunn, 803 S.W. 2d 318, 320 (Tex.Crim.App. 1991).

### IV.

### STATEMENT OF FACTS

On or about the 20th day of October, 2014, relator file his Motion To Recall Mandate with the 14th court of appeals in which the court has wholly refused to rule on said motion. On or about the 9th day of February, 2015, relator wrote the court inquiring about the status of said motion in which the court has also refused to respond to.

### V.

### ARGUMENTS

Relator contends that the respondent is required to rule on motions p resented to the court in a reasonable time. When a motion is properly filed and pending before a court, the act of giving consideration to and ruling upon that motion is a ministerial act, and mandamus may issue to compel the court to act. See In re Ramirez, 994 S.W. 2d 682, 683 (Tex.App.-San Antonio 1998, orig. proceeding); see also Saftey-Kleen Corp V. Garcia, 945 S.W.2d 268, 269) Tex. App.-San Antonio 1997, orig. proceeding). If a motion has been properly filed and brought to the attention of the court, this court may direct the court to consider and rule upon the motion: however, this court may not tell the court what ruling it should make. See Ramirez, 994 S.W.2d at 684. Relator contends that the act sought to be compelled is ministerial, as opposed to discretionary and relator do not have an adequate remedy at law therefore he has met the two prerequisites that must be met before a writ of mandamus will issue. See Ordunez v. Bean, 579 S.W.2d 911. 913 (Tex.Crim. App. 1979).

(2)

**W H E R E F O R E, PREMISES ARE CONSIDERED,** Relator prays this Court will grant him leave to file the accompanying original petition for a writ of mandamus thereafter, issue a writ of mandamus compelling respondent to rule on relator's pending motion to recall mandate in re Cause No. 679887 and appeal case no. 14-94-01171-Cr.

## INMATE'S DECLARATION

I, LEXTER KENNON KOSSIE#700661, being presently incarcerated at the McConnell Unit in Beeville, Texas, declare pursuant to Tex. Civ.Prac. & Rem. Code §§ 132.001)a), 132.002, and 132.003 that, according to my belief, the allegations made in this motion are true and correct.

SIGNED ON THIS 27 day of Feb ,2015.

/S/ Lexter Kosse
Lexter Kennon Kossie
**Pro se Movant/Relator**


## CERTIFICATE OF SERVICE

I, LEXTER KENNON KOSSIE, do hereby certify that on this the 27 day of Feb, 2015, a true and correct copy of the above and foregoing motion was sent to respondent cia U.S. Postal Mail, postage prepaid, at THE FOURTEENTH COURT OF APPEALS; 301 Fannin, Suite, 245; Houston, Texas 77002.

/S/ Lexter Kosse
Lexter Kennon Kossie
**Pro se Movant/Relator**

(3)